UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

EDWIN PAGAN III,

Defendant.

24 Cr. 641 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

At Defendant's presentment and arraignment, the duty Magistrate Judge set a control date of December 2, 2024 for the next proceeding. Time was thereby excluded through that date under the Speedy Trial Act. Thereafter, the Court scheduled an initial conference for December 10, 2024. By **November 25, 2024**, the parties shall file a letter informing the Court whether they prospectively consent to the exclusion of time through December 10, 2024.

SO ORDERED.

Dated: November 20, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge