

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 29, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edwin Pagan III*, 24 Cr. 641 (JHR)

Dear Judge Rearden:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: /s/ Sheb Swett
        Sheb Swett
        Assistant United States Attorney
        (212) 637-6522