UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID MACEY, and<br>EDWIN PAGAN III,<br><br>Defendants. | **UNSEALING ORDER**<br><br>S1 24 Cr. 641 (JHR) |

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Matthew Podolsky, by Assistant United States Attorneys Mathew Andrews, and Emily Deininger;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        February 14  2025

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK