## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Case 24-CR-641-JHR

United States of America
    Plaintiff

v.

Edwin Pagan III
    Defendant

**Application DENIED. Defendant Pagan must appear in person for his arraignment on May 29, 2025 at 11:00 a.m.**

**The Clerk of Court is directed to terminate ECF No. 55.**

**SO ORDERED.**

*/s/ Jennifer H. Rearden*

**Jennifer H. Rearden, U.S.D.J.**
**Dated: May 27, 2025**

### UNOPPOSED MOTION TO WAIVE APPEARANCE

The Defendant, Edwin Pagan III, moves this Court through undersigned counsel, pursuant to Rules 10(b) and 43, Federal Rules of Criminal Procedure (2024), to waive his appearance at the May 29, 2025 pretrial conference. On November 18, 2024, Mr. Pagan surrendered in the Southern District of New York and made his initial appearance. (Minute Entry, ECF No. 5). On December 10, 2024, he was before the Court for pretrial conference. (Memo Endorsement, ECF No. 15). At that hearing undersigned commented such request would be forthcoming considering the financial strain caused by this case. Mr. Pagan worked for the Coral Gables Police Department for nearly thirty years and is currently on unpaid leave.

On February 14, 2025, the Superseding Indictment that added a codefendant was unsealed. (Sealed Superseding Indictment, ECF No. 28). He has not been arraigned on it but the charges against him remain the same. Mr. Pagan is charged in Count 1 with conspiracy to bribe a public official, in violation of 18 U.S.C. § 371, in Count 2 with bribery of a public official, in violation of 18 U.S.C. § 201(b)(1)(C) and 2, in Count 3 with conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. § 1349, in Count 4 with honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2, and in Counts 5 through 8 with perjury, in violation of 18 U.S.C. § 1623. (*Id.*).

On March 26, 2025, Mr. Pagan was in the Southern District of New York for pretrial conference and the matter was adjourned for the current setting. (Memo Endorsement, ECF No. 44). Undersigned conferred with Assistant United States Attorney Emily Deininger who does not object.

    Respectfully submitted,

/s/ Christopher M. DeCoste
FL Bar: 15969
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

## WAIVER

    I, Edwin Pagan III, waive my appearance for arraignment and affirm I received a copy of the Superseding Indictment, reviewed it with my attorney, and plead not guilty.

_____
Edwin Pagan III

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.

## CERTIFICATE OF SERVICE

      I certify that the foregoing was filed through CM/ECF on May 23, 2025 and served on all appropriate parties through that system.

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through CM/ECF on May 26, 2025, not May 23rd, and served on all appropriate parties through that system. CM/ECF will not accept the motion PDF with change nor removal of the May 23rd certificate. If not for Edwin Pagan's signature the entire document would be recreated.

/s/ Christopher M. DeCoste<br>Law Office of Christopher DeCoste, P.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 24-CR-641-JHR

United States of America
    Plaintiff

v.

Edwin Pagan III
    Defendant

### ORDER ON UNOPPOSED MOTION TO WAIVE APPEARANCE

THIS CAUSE having come before this Court upon Defendant's Unopposed Motion to Waive Appearance, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant's appearance is waived for the May 29, 2025 pretrial conference and for arraignment on the Superseding Indictment.

DONE AND ORDERED on _____.

_____
Jennifer H. Rearden
United States District Judge

cc:    All counsel of record