

40 NW 3rd St PH 1, Miami, FL 33128 | Office: 305-395-5775 | Fax: 305-395-5785 | christopherdecoste.com

July 1, 2025

**BY ECF**
Judge Jennifer H. Rearden
500 Pearl St
New York, NY 10007

Re: *United States v. David Macey and Edwin Pagan III*, 24-CR-641-JHR

Dear Judge Rearden:

    I write to respectfully request a modification of Mr. Pagan's release conditions to permit him to travel to Las Vegas, Nevada, from July 8 to July 11, 2025, for employment purposes. Mr. Pagan is engaged to provide security services for the Detroit Pistons of the National Basketball Association, with whom he has previously worked in a similar capacity. His duties would include advance security preparation such as securing rooms, keys, bus routes, and providing security coverage for their game on July 10.

    As background, Mr. Pagan surrendered in the Southern District of New York on November 18, 2024, and made his initial appearance on that date. (Minute Entry, ECF No. 5). He was thereafter permitted to return to his home in Miami, Florida, on a personal recognizance bond. (Appearance Bond, ECF No. 6).

    I have conferred with Assistant United States Attorney Emily Deininger, United States Pretrial Services Officer Jazzlyn A. Harris (SDNY), and United States Probation Officer Sam Reid (SDFL). None object to this application. Mr. Pagan will provide Pretrial Services with his full itinerary and verification of his employment with the Pistons prior to departure.

    Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

Attachments: none

---

Application GRANTED. Defendant Pagan's bail conditions are hereby modified to permit travel to Las Vegas, Nevada for employment purposes from **July 8** to **July 11, 2025**. Defendant shall submit his full itinerary and verification of his employment to Pretrial Services by **July 7, 2025**.

The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: July 2, 2025