UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    -v.-<br><br>EDWIN PAGAN III,<br><br>       Defendant. | 24 Cr. 0641 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court has been informed that Defendant Edwin Pagan III may wish to enter a change of plea. Accordingly, on **October 10, 2025** at **2:00 p.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

  SO ORDERED.

Dated: October 6, 2025
    New York, New York

                 _____
                 JENNIFER H. REARDEN
                 United States District Judge