UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN PAGAN III,<br><br>Defendant. | **SUPERSEDING INFORMATION**<br><br>S2 24 Cr. 641 (JHR) |

### COUNT ONE
### (Misprision of a Felony)

The United States Attorney charges:

1.    Between at least in or about November 2019 through at least in or about November 2023, in the Southern District of New York and elsewhere, EDWIN PAGAN III, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, bribery of a public official, in violation of Title 18, United States Code, Section 201(b)(C), as charged in *United States v. John Costanzo Jr. and Manuel Recio,* No. 22 Cr. 281 (JPO), concealed the same, and did not as soon as possible make known the same to some judge and other person in civil and military authority under the United States.

(Title 18, United States Code, Section 4.)

*[signature]*
JAY CLAYTON
United States Attorney