

LAW OFFICE OF
**CHRISTOPHER DeCoste**
PA

40 NW 3rd St PH 1, Miami, FL 33128 | **Office:** 305-395-5775 | **Fax:** 305-395-5785 | christopherdecoste.com

January 15, 2026

**BY ECF**
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

Re: *United States v. Edwin Pagan III*, 24-CR-641-JHR

Dear Judge Rearden:

I represent defendant Edwin Pagan III, who is scheduled to be sentenced on January 29, 2026. The Court set today as the deadline for submission of sentencing materials. I write to request a two-business-day extension of that deadline, to January 20, 2026. I have been ill with the flu and was diagnosed last night at Baptist Health Urgent Care with acute bacterial bronchitis, which has prevented me from completing the filing by today's deadline.

I conferred with Assistant United States Attorney Christopher Brumwell, who consents to this request provided that either the sentencing date is adjourned or the Government is permitted to file its sentencing submission on January 26, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

Attachments: None

Application GRANTED.  Defendant's deadline is extended *nunc pro tunc* to **January 20, 2026**, and the Government's deadline to file its sentencing submission is extended to **January 26, 2026**.  Defendant's sentencing will proceed as scheduled on **January 29, 2026** at **11:15 a.m.**

The Clerk of Court is directed to terminate ECF No. 87.

The Court sends its best wishes to counsel.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 22, 2026